PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
3:00CR227(015)(SRU)

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JERMAINE JENKINS | CONNECTICUT | BRIDGEPORT |
| Greensboro, North Carolina | | |

NAME OF SENTENCING JUDGE
The Honorable Stefan R. Underhill, U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/5/2006 | TO 12/4/2016 |
|---|---|---|

OFFENSE

Conspiracy to Possess With Intent to Distribute One Kilogram or More of Heroin, in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/25/08
Date

/s/ Stefan R. Underhill, USDJ
The Honorable Stefan R. Underhill
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MIDDLE DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/1/08
Effective Date

James A. Beaty
United States District Judge